# EXHIBIT A

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN
AND FOR LEON COUNTY, FLORIDA

MARC LUNA,

    Plaintiff,

Case No. 11-CA 2048

vs.

COMCAST OF TALLAHASSEE, INC.,

    Defendant.
_____/

# Summons

DATE: 9-1-11     TIME: 1:30 pm

ERIC DEAL     S.P.S. #336

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

    COMCAST OF TALLAHASSEE, INC.
    c/o CT Corporation System, Registered Agent
    1200 South Pine Island Road
    Plantation, FL 33324

    Each defendant is required to serve written defenses to the complaint or petition on **Marie A. Mattox, P. A.**, Plaintiff's attorney, whose address is **310 East Bradford Road, Tallahassee, FL 32303**, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court, either before serve on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

    DATED on _____8-3-_____, 20118.

CLERK OF THE CIRCUIT COURT

By: _____
    Deputy Clerk

 **CT Corporation**

**Service of Process Transmittal**
09/01/2011
CT Log Number 519089929

**TO:** Rosemarie Pierce
Comcast Corporation
1701 John F. Kennedy Blvd, One Comcast Center - 50th Floor
Philadelphia, PA 19103

**RE:** **Process Served in Florida**

**FOR:** Comcast of Tallahassee, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Marc Luna, Pltf. vs. Comcast of Tallahassee, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment |
| **COURT/AGENCY:** | Leon County Circuit Court, FL<br>Case # 11CA2048 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - Disability Discrimination - Failure to accommodate the Plaintiff - Seeking damages and permanently enjoin Defendant |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/01/2011 at 13:30 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Marie A. Mattox<br>Marie A. Mattox, P.A.<br>310 East Bradford Road<br>Tallahassee, FL 32303<br>850-383-4800 |
| **ACTION ITEMS:** | CT will retain the current log<br>Image SOP |
| **SIGNED:** | C T Corporation System |
| **PER:** | Donna Moch |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of 1 / TB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.